# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON MINCY,** | : | CIVIL ACTION NO. 1:20-CV-717 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **TOM WOLF**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 2nd day of March, 2021, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion for leave to file the second amended complaint (Doc. 44) is GRANTED.

2. The Clerk of Court is directed to file the second amended complaint as a new and separate docket entry (Doc. 54) entitled the "Second Amended Complaint."

3. Defendants Wolf and Levine are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The pending motions identified in the court's memorandum (Docs. 13, 21, 27, 28, 31, 39, 41, 47) shall be DENIED AS MOOT for the reasons set forth therein.

5. Defendants shall respond to the second amended complaint within the time specified by Federal Rule of Civil Procedure 15(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania