IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILTON MINCY,** | : CIVIL ACTION NO. 1:20-CV-717 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOHN E. WETZEL,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 3rd day of November, 2021, upon consideration of defendants' motion (Doc. 74) to dismiss, plaintiff's motion (Doc. 94) for leave to file a third amended complaint, defendants' motion (Doc. 102) to stay discovery, plaintiff's motion (Doc. 108) for certificate of appealability, plaintiff's motion to compel discovery (Doc. 112), and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 74) to dismiss is GRANTED.

2. Plaintiff's second amended complaint (Doc. 69) is DISMISSED with prejudice.

3. Plaintiff's motion (Doc. 94) for leave to file a third amended complaint is DENIED.

4. Defendants' motion (Doc. 102) to stay discovery, plaintiff's motion (Doc. 108) for certificate of appealability, and plaintiff's motion (Doc. 112) to compel discovery are DENIED as moot.

5. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania