IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON MINCY,** | : | CIVIL ACTION NO. 1:20-CV-717 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of April, 2022, upon consideration of plaintiff's motion for reconsideration (Doc. 117), plaintiff's motion for leave to amend (Doc. 119), plaintiff's motion for leave to supplement (Doc. 129), and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. 117) and motion for leave to amend (Doc. 119) are DENIED.

2. Plaintiff's motion for leave to supplement (Doc. 129) is DEEMED WITHDRAWN.

3. This case shall remain closed in accordance with the court's November 3, 2021 order.

4. The Clerk of Court is directed to certify a supplemental record on appeal and notify the United States Court of Appeals for the Third Circuit of the supplemental record.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania